CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. | DOCKET NO. |
| **Joshua Edward Serbian** DOB: 1999; United States | MAGISTRATE'S CASE NO. 19-04838 MJ |
| Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about October 7, 2019, at or near Sasabe, in the District of Arizona, **Joshua Edward Serbian**, knowing or in reckless disregard that certain aliens, including Cristian Saul Yunga-Duta, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about October 7, 2019, at or near Sasabe, in the District of Arizona, **Joshua Edward Serbian**, knowing that certain illegal alien, Cristian Saul Yunga-Duta, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Cristian Saul Yunga-Duta so that he would not be apprehended by law enforcement by transporting him in the vehicle that **Joshua Edward Serbian** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1) and Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about October 7, 2019, at approximately 3:45 p.m., at or near Sasabe, in the District of Arizona, United States Border Patrol Agents (BPA) observed a green Chevrolet Silverado traveling southbound on SR-86 towards the Sasabe Port of Entry with two visible occupants. At approximately 4:25 p.m., BPA observed the vehicle north bound with four additional occupants and record checks revealed that the vehicle did not cross through the Port of Entry into Mexico. BPA followed the vehicle and observed the driver swerving into oncoming traffic. Also, the back seat passengers were looking back and attempted to duck down to avoid being seen. BPA then received a BOLO alert by the Border Patrol Station regarding a green Chevrolet Silverado that had picked up suspected illegal aliens in a wash in Sasabe. BPA conducted a vehicle stop and identified the driver as **Joshua Edward Serbian** and a female juvenile front seat passenger, both United States Citizens. BPA saw that the rear passengers, two adults and two accompanied juveniles, were wearing camouflage clothing and questioned them regarding their citizenship. BPA determined that the rear passengers were in the United States illegally.

Material witness Cristian Saul Yunga-Duta stated that he had made arrangements to be smuggled into the United States for money. Yunga stated that he crossed the International Boundary Fence with and adult female and her two children. He described the vehicle that they boarded as a green trunk with a male driver and a female passenger. Yunga was not able to identify the driver because he did not have visual contact.

In a post-*Miranda* statement, **Serbian** stated that he was offered a job to pick up illegal aliens in Sasabe and to take them to mile marker 19 on Arivaca Rd. **Serbian** stated that the female juvenile was the one who got out of his pick-up truck and to open the door for the illegal aliens to get into the back seat of his truck. **Serbian** stated that he was to drive towards Amado while the group circumvented the checkpoint located west of Amado. **Serbian** stated that he was to be paid a couple hundred dollars. **Serbian** stated that it seem like the group was going to walk a long way to circumvent the checkpoint and that he was scared for the children's safety.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Cristian Saul Yunga-Duta

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 8, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54